No. 157. SEIN, PETITIONER, *v.* DOMENECH, COMMISSIONER OF THE INTERIOR, RESPONDENT.—Mandamus.   November 21, 1916. *Petition denied.*

---

No. 1085. PEOPLE, APPELLEE, *v.* ANTONGIORGI, APPELLANT.—Aggravated assault and battery.   Ponce.   November 23, 1916. *Judgment affirmed.*

---

No. 1098. PEOPLE, APPELLEE, *v.* BURGOS, APPELLANT.—Assault and battery.   Humacao.   November 27, 1916. *Judgment affirmed.*

---

No. 1581. COLL, APPELLEE, *v.* DE LA CRUZ, APPELLANT.—Action of debt.   Ponce.   December 5, 1916. *Appeal dismissed.*

---

No. 1584. MANRIQUE DE LARA, APPELLEE, *v.* GARROSSI, APPELLANT.—Motion for new trial and change of venue in an action for divorce.   Ponce.   December 4, 1916. *Appeal withdrawn.*

---

No. 1590. NADAL, APPELLEE, *v.* MARY ET AL., APPELLANTS.—Action of debt.   Mayagüez.   December 5, 1916. *Appeal withdrawn.*

---

No. 1591. FERNÁNDEZ, APPELLANT, *v.* GEYLS ET AL.; APPELLEES.—Action of debt.   San Juan, Section 2.   December 11, 1916. *Appeal withdrawn.*